IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:14-cv-00226-FL

| | | |
|---|---|---|
| BRYAN GOODMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR |
| v. | ) | PAYMENT OF ATTORNEY FEES |
| | ) | UNDER THE EQUAL ACCESS |
| CAROLYN W. COLVIN, | ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

It is ORDERED that Defendant pay to Plaintiff $2,133.09 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If Plaintiff assigns the right to payment of attorney's fees under the Equal Access to Justice Act to his counsel, and if the award to Plaintiff is not subject to the Treasury Offset Program, then payment will be made by check payable to Plaintiff's counsel, J. Blair Biser, and mailed to counsel's office at 4800 Six Forks Road, Suite 220, Raleigh, NC 2760.

SO ORDERED this __15th__ day of March, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge